[No. 48885-6-I.   Division One.   October 28, 2002.]

*In the Matter of the Application for a Writ of Habeas Corpus of* MAURICE HORNER, *Petitioner*.

Petition for a writ of habeas corpus. *Denied* by unpublished per curiam opinion.

[No. 48956-9-I.   Division One.   October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HOWARD RICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01561-0, Philip G. Hubbard, Jr., J., entered July 2, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 49127-0-I.   Division One.   October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. WAYNE S. DUNBAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-00145-7, LeRoy McCullough, J., entered July 27, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 49253-5-I; 50152-6-I.   Division One.   October 28, 2002.]

GILBERT SCHERER, ET AL., *Respondents*, v. BYRON D. CONEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 01-2-03931-8, Mary Yu, J., entered September 17, 2001. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Appelwick and Schindler, JJ.